#17(09/28 HRG OFF)
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15:2783 PSG (VBKx) | Date | September 11, 2015 |
|---|---|---|---|
| Title | Marilyn Marquez v. Ocwen Loan Servicing, LLC, et al. | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**     Order GRANTING Motion to Dismiss

   Before the Court is Defendants Ocwen Loan Servicing, LLC, US Bank National Association, as Trustee, under Pooling and Servicing Agreement dated as of May 1, 2005 Asset-Backed Pass-Through Certificates, Series 2005-HEI (collectively, "Defendants") motion to dismiss the causes of action asserted against them in Plaintiff Marilyn Marquez's ("Plaintiff") first amended complaint. *See* Dkt. #17. The Court finds this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); L.R. 7-15. After considering Defendants' unopposed moving papers, the Court GRANTS the motion.

   The motion to dismiss is set for hearing on September 28, 2015. *See* Dkt. #17. As a result, Plaintiff's opposition brief was due by September 7, 2015. *See* L.R. 7-9. Plaintiff has not filed an opposition. Accordingly, pursuant to Local Rule 7-12, the Court deems Plaintiff to have consented to the motion. Plaintiff has not requested leave to amend. Therefore, the Court DISMISSES the claims asserted in Plaintiff's complaint against Defendants, without leave to amend.

   The Court GRANTS the motion to dismiss.

   **IT IS SO ORDERED.**